Janice M. Michaels
Nevada Bar No. 6062
Lisa M. Szyc
Nevada Bar No. 11726
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702.251.4100
Facsimile: 702.251.5405
jmichaels@wshblaw.com
lszyc@wshblaw.com

Attorneys for Defendant,
The Burks Companies

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FOWLER, an individual, | Case No.: 2:25-cv-1614 |
| Plaintiff, | District Court Case No. A-25-911760-C |
| v. | |
| LVGV, LLC d/b/a M RESORT SPA & CASINO; a Foreign Corporation; THE BURKS COMPANIES, INC., a Foreign Corporation, DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

*WOOD, SMITH, HENNING & BERMAN LLP*
*2881 BUSINESS PARK COURT, SUITE 200*
*LAS VEGAS, NEVADA 89128-9020*
*TELEPHONE 702.251.4100 ◆ FAX 702.251.5405*

43116438.1:05488-1240

Case No. 2:25-cv-1614

The parties stipulate to dismiss Defendant THE BURKS COMPANIES, INC., with prejudice, each party to bear their own fees and costs.

The parties further stipulate that all future court dates, including the trial date can be vacated.

The parties further stipulate that upon submission of this order, this matter can be closed, as all pending issues have been resolved.

DATED this 30th day of April, 2026          DATED this day of April, 2026

ACE LAW GROUP                                WOOD, SMITH, HENNING & BERMAN LLP


By: */s/ Christian Z. Smith*                 By; */s/ Janice M. Michaels*
    PATRICK W. KANG, ESQ.                         JANICE M. MICHAELS, ESQ.
    Nevada Bar No. 10381                          Nevada Bar No. 6062
    KYLE R. TATUM, ESQ.                           LISA M. SZYC, ESQ.
    Nevada Bar No. 13264                          Nevada Bar No. 11726
    CHRISTIAN Z. SMITH                            2881 Business Park Court, Suite 200
    6480 West Spring Mountain Rd., Suite 1        Las Vegas, Nevada 89128-9020
    Las Vegas, Nevada 89146                       T: (702) 251-4100
    T: (702) 333-4223                             Attorneys for Defendant
    Attorneys for Plaintiff                       The Burks Companies
    Michael Fowler


The Clerk's Office is directed to close this case. IT IS SO ORDERED:


_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 1, 2026

WOOD, SMITH, HENNING & BERMAN LLP
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702.251.4100 ♦ FAX 702.251.5405

43116438.1:05488-1240                -2-                Case No. 2:25-cv-1614